UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-62991-BLOOM/Valle

ALEXANDER JOHNSON,

    Plaintiff,

v.

SPEEDWAY LLC d/b/a
SPEEDWAY 6862,

    Defendant.
_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE OF
COUNT II OF THE COMPLAINT**

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal of Count II and Motion for Entry of Order of Dismissal Without Prejudice of Count II of the Complaint, ECF No. [23] ("Notice"), filed on February 19, 2019. The Court has carefully reviewed the Notice and the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [23]** is **APPROVED** and **ADOPTED**;

2. Count II of the Complaint in the above-styled case is **DISMISSED WITHOUT PREJUDICE**;

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of February, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 18-cv-62991-BLOOM/Valle

Copies to:

Counsel of Record