UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-62998-BLOOM/Valle

ALEXANDER JOHNSON,

   Plaintiff,

v.

SPEEDWAY LLC, *doing business as* Speedway 6445,

   Defendant.
_____/

## ORDER CONSOLIDATING CASES

This matter is before the Court upon a *sua sponte* review of the record and the Court's docket. On December 7, 2018, Plaintiff filed the above-captioned case with this Court. In this case, Plaintiff has filed suit against Defendant for violations of the ADA with respect to accessibility of television media features available at Defendant's gas pumps. Given that the allegations and cause of action in this case is the same as a case previously filed, *see* ECF No. [18], and that this Court is the presiding judge over both cases, the Court finds good cause for consolidation of these cases. It is therefore **ORDERED AND ADJUDGED** as follows:

1. This matter, Case No. 18-cv-62998, is consolidated with Case No. 18-cv-62991, and shall proceed in accordance with the schedule established in 18-cv-62991. The Clerk is instructed to **CLOSE** the instant case for administrative purposes only.

2. Pursuant to the Court's Internal Operating Procedures, all future filings shall be made in the following case only:

   *Alexander Johnson v. Speedway LLC, Case No. 18-cv-62991.*

Case No. 18-cv-62998-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida this 26th day of February, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record